UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

GERALD JAY WILSON,

         Plaintiff,

    v.

A.R. PEREZ,

         Defendant.

Case No. 19-cv-01924-LB

**ORDER OF TRANSFER**

Re: ECF No. 1

    Gerald Jay Wilson filed this *pro se* civil rights action complaining about events and omissions occurring at the California Substance Abuse Treatment Facility located in Kings County and at the Kern Valley State Prison located in Kern County. Kings County and Kern County are within the venue of the Eastern District of California. All the defendants work at those prisons and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this

action is TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: April 22, 2019

_____
LAUREL BEELER
United States Magistrate Judge