UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JAY WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, *et al.*,<br><br>　　　　　Defendants. | No.  1:19-cv-00526-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING OF ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. No. 20) |

　　　　Plaintiff Gerald Jay Wilson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The operative second amended complaint alleges a single claim for denial of access to the courts and asserts that defendants withheld legal documents from plaintiffs in a manner that frustrated his ability to pursue an appeal from the dismissal of a separate civil rights action alleging deliberate indifference to his medical needs.  (Doc. No. 18.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 24, 2020, the assigned magistrate judge screened plaintiff's second amended complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted.  (Doc. No. 20.)  Among other things, the magistrate judge reasoned that plaintiff had failed to state a claim for denial of access to the courts because:  (1) plaintiff is unable to allege that the underlying appeal was non-

1

frivolous, and, relatedly, (2) the Ninth Circuit dismissed the appeal on the merits, not for any reason connected to plaintiff's alleged lack of access to his legal materials. (*Id*. at 6–7.) Because plaintiff was twice previously warned in screening orders that he had to allege that defendants' conduct frustrated his ability to pursue a non-frivolous underlying claim, the magistrate judge recommended dismissal without leave to amend. (*Id*. at 8.) Plaintiff timely filed objections on August 18, 2020. (Doc. No. 21.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 24, 2020, (Doc. No. 20), are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 2, 2020**

Dale A. Drozd

UNITED STATES DISTRICT JUDGE